NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLORIDA ATLANTIC UNIVERSITY RESEARCH CORPORATION, DOMAINE ASSOCIATES, LLC,**
*Plaintiffs-Appellants*

**v.**

**ASUS COMPUTER INTERNATIONAL, ASUSTEK COMPUTER INC.,**
*Defendants-Appellees*

**TPV TECHNOLOGY LIMITED, TOP VICTORY INTERNATIONAL LIMITED, TOP VICTORY ELECTRONICS (FUJIAN) CO. LTD., TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., TPV ELECTRONICS (FUJIAN) CO. LTD., TPV INTERNATIONAL (USA), INC., ENVISION PERIPHERALS, INC.,**
*Defendants-Appellees*

**ACER, INC., ACER AMERICA CORPORATION,**
*Defendants-Appellees*

**AOC INTERNATIONAL,**
*Defendant*

---

2015-1125, -1126, -1127

---

Appeals from the United States District Court for the Southern District of Florida in No. 9:12-cv-80694-PAS, 9:12-cv-80697-PAS, 9:12-cv-80701-PAS, Judge Patricia A. Seitz.

---

## JUDGMENT

---

GREGORY N. STILLMAN, Hunton & Williams LLP, Norfolk, VA, argued for plaintiffs-appellants. Also represented by OZZIE FARRES, MICHAEL ALFRED O'SHEA, Washington, DC.

JONATHAN HACKER, O'Melveny & Myers LLP, Washington, DC, argued for all defendants-appellees. Defendants-appellees TPV Technology Limited, Top Victory International Limited, et al., also represented by MARK A. SAMUELS, BRIAN BERLINER, VISION WINTER, Los Angeles, CA.

JOSHUA M. MASUR, Turner Boyd LLP, Redwood City, CA, for defendants-appellees Asus Computer International, Asustek Computer Inc. Also represented by ZHUANJIA GU.

CRAIG R. KAUFMAN, TechKnowledge Law Group LLP, Redwood City, CA, for defendants-appellees Acer, Inc., Acer America Corporation. Also represented by MICHAEL CHAOCHA TING.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 17, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |